| __ **United States Bankruptcy Court** __ | **VOLUNTARY PETITION** |
|---|---|

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| **IN RE** | **IN RE** |
|---|---|
| MORENO JOHN | |

| **ALL OTHER NAMES** | **ALL OTHER NAMES** |
|---|---|
| NONE | |

| **SS/TAX ID.** | **SS/TAX ID.** |
|---|---|
| XXX-XX-4456 | |

| **STREET ADDRESS** | **STREET ADDRESS** |
|---|---|
| 1720 S. Clinton Street | |
| Chicago, IL 60616 | |

Chapter 13W/Plan

| **COUNTY OF RESIDENCE** | **COUNTY OF RESIDENCE** |
|---|---|
| Cook | |

| **MAILING ADDRESS**: | **MAILING ADDRESS** |
|---|---|
| 1720 S. Clinton Street | |
| Chicago, IL 60616 | |

**VENUE**

Debtors have had their residence within this district for the preceding 180 days

## INFORMATION REGARDING DEBTOR

**Type of Debtor**:                                 **Chapter:** 13

**Natural of Debt:** CONSUMER     **Filing Fee:** IS ATTACHED

**STATISTICAL INFORMATION**            **ATTORNEY NAME AND ADDRESS**

After excluding exempt property and pay

administrative expenses, funds will be       Warren H. Appel

available for distribution to unsecured       4147 N. Lincoln Ave.

creditors                               Chicago, IL. 60618

(Estimated Figures)                   (773) 348-8955

**Number of Creditors:** 1-15

| **Assets:** | $00.00-$50,000.00 |
|---|---|
| **Liabilities:** | $100,001.00-$500,000.00 |
| **Employees:** | 0 |
| **Equity security holders:** | 2 |

**THIS SPACE**

Debtors intend to file a plan within the times allowed by

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/06/2005
Time: 13:36:36
Debtor: JOHN MORENO
Case: 05-00436    Fee : 194
Chapter: 13 Rec. # : 3118326
Judge: Jack Schmetterer
341 mtg: 01/27/2005 @ 03:00PM
ConfHrg: 02/16/2005 @ 12:30PM
Trustee: TOM VAUGHN
```

1:05BK00436-BK001

## PRIOR BANKRUPTCY CASES FILE WITHIN LAST 6 YEARS

**Name of Filer** _____ **Case Number** _____ **Date File__**
None

**Status** _____ **District** _____ **Judge** _____

## PENDING BANKRUPTCY CASES FILED BY SPOUSE, PARTNER OR AFFILIATE
NONE

## REQUEST FOR RELIEF

Debtor request relief in accordance with the Chapter 11 Under State Code Specified in this petition.

**SIGNATURES**
**ATTORNEY**

Date _1|2|05_

Warren H. Appel

**Debtor**

I declare under penalty that the information provided in this is true and correct

Date _1/2/05_

JOHN MORENO

Law Offices of Warren H. Appel
Warren H. Appel
4147 N. Lincoln Ave. Ave.
Chicago, IL. 60618
(773) 348-8955
**Attorney for petitioner**

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**In Re**                                    **Case No.**

JOHN MORENO

**Debtor**

**Social Security No.**: XXX-XX-4456            Notice of Available Chapters

If you intend to field for relief under the bankruptcy law of the United States, and your debts are primarily debts, the Clerk of Court is required to notify you of each chapter of the Bankruptcy Code under which you may seek relief.   You may proceed under:

|            |            |
|------------|------------|
| Chapter 7  | - Liquidator, or |
| Chapter 11 | - Reorganization |
| Chapter 12 | - Adjustment of Debts of a Family Farmer with Regular Annual Income,  or |
| Chapter 13 | - Adjustment of Debts of an Individual with Regular Income |

If you have any questions regarding the information contained in this notice, you should consult with your attorney.

_____                Date ___1/2/05___

JOHN MORENO

                                    **Clerk of Court**

Law Offices of Warren H.  Appel
Warren H.  Appel
4147 N.  Lincoln Ave. Ave.
Chicago, IL.  60618
(773) 348-8955
**Attorney for petitioner**

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**In Re**                                    **Case No.**
JOHN MORENO
**Debtor**
**Social Security No.**: XXX-XX-4456          Rule 2016 (b) - Statement of Attorney
                                             Compensation

### Chapter 13

Pursuant to 11 USC Sec. 329 and Rule 2016(b), Bankruptcy Rules, the undersigned attorney for the debtor in this case makes this statement setting forth the compensation paid or agree to be paid to the undersigned for service rendered or to be rendered in contemplation of and connection with the case by the undersigned, and the source of such compensation.

1.   Prior to the filing statement, the debtor in this case had paid the undersigned the
     following:
     0.00

2.   The sum of: 1,500.00   dollars PAID PRIOR TO FILING.

3.   The undersigned has not shared or agreed to share any portion of such compensation with
     any person who is not a member or regular associate of the undersigned's law firm.

4.   The undersigned has not received any other payment in this case, and has no other
     agreement except as set out herein.


                                             Date _____1/2/05_____

Warren H. Appel
61328


Law Offices of Warren H. Appel
Warren H. Appel
4147 N. Lincoln Ave. Ave.
Chicago, IL. 60618
(773) 348-8955
**Attorney for petitioner**

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**In Re**                                        **Case No.**

JOHN MORENO

**Debtor**

**Social Security No.**: XXX-XX-4456                    Individual Debtor's Statement of Intention
                                                 **Chapter 13**

1.    I, the Debtor, have filed a scheduled as assets and liabilities which includes consumer debts
      secured by property of the estate.

2.    My intention with respect to property of the estate which secures those consumer debts is
      as follows:

       A        Property to be surrendered

| Description of Property | Creditor's name and address |
|---|---|
| NONE | |
| B.        Property to be Retained. | |

| Description of Property  Debtor's Residence - 1720 S. Clinton, Chicago | Creditor's name and address- Wells Fargo Mortgage |
|---|---|

Method of retention:
The debt will be reaffirmed to sec. 524(c) (Reaffirmed)
The property is claimed exempt and will be redeemed pursuant to sec. 722.
NONE

Lien will be avoided pursuant to sec. 522(f) and property claimed as exempt.
Judicial lien (Judicial lien avoidance)-**Mechanic's Lien is invalid and Debtor will compel removal**
Nonpossessory, nonpurchase-money security interest (N.P.M.S.I.)

NONE

3.    I understand that section 521(2) (B) of the Bankruptcy requires that I perform the above
      stated intentions with 45 days of the filing of this statement with the court, or within such
      additional time as the court, for cause, within 45 - days period fixes.

(The penalties for making a false statement or concealing property is a fine of up to $5000,000 or
imprisonment for the 5 years or both. - 18 U.S.C. Sec. 152 and 3571.)

## DECLARATION

I, JOHN MORENO, named as the debtor in this case, declare under penalty of perjury that I read the aforegoing individual Debtor's Statement of Intention, consisting if 2 sheets, and the it is true and correct to the best of my information and belief.

_____

JOHN MORENO

Date ___1/2/05___

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Statement of Intentions has been furnished by U.S. Mail, postage prepaid, to the U.S. Trustee serving in this case and to all secured creditors.

This ___2nd___ day of ~~December~~ January, 2005

_____

Warren H. Appel
State Bar No.: 61328

Law Offices of Warren H. Appel
Warren H. Appel
4147 N. Lincoln Ave. Ave.
Chicago, IL. 60618
(773) 348-8955
**Attorney for petitioner**

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**In Re**                                      **Case No.**
JOHN MORENO
**Debtor**
**Social Security No.:** XXX-XX-4456                Individual Statement of Financial Affairs
                                       **Chapter 13**

1.     Income from employment or operation of business.

State the gross amount of income that the debtor has received from employment, trade
profession, or operation of the debtor's business from the beginning of this calendar year
to the date this case was commenced.   State also the gross amounts received during the
two years immediately preceding this calendar year.

    This year:      2004                    Amount:      30,000.00
          Source: Apple One & Rental
    Last year:      2003                    Amount:      20,000.00
          Source: Unemployment & Rental
    Previous year  2002                    Amount:      36,000.00
          Source: Liquidation 401K,Unemployment & Rental

2.     Income other than from employment or operation of business.
              See Above
State the amount of income received by the debtor other than from employment, trade,
profession, or operation of the debtor's business during the two years immediately
proceedings the commencement of this case.

    This year:      2003                    Amount:      00.00
          Source: NONE
    Last year:      2002                    Amount:      00.00
          Source: NONE
    Previous year  2001                    Amount:      00.00
          Source: NONE

3.     Payment to creditors.

A. List all payments on loan, installment purchases of goods or service, and other debts, aggregating more than $600.00 to any creditor, made within 90 days immediately preceding the commencement of this case.
None

B. Described all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately proceedings the commencement of this case.
Mechanic's Lien Filed for $20,000.00 on Real Estate at 1720 S. Clinton St., Chicago on 08/03/2000 - Debtor believes the lien is invalid and will seek to remove it.

4. Suits, execution, garnishment, and attachments.

A. List all suits to which the debtor is or was a party one year immediately preceding the filing of this bankruptcy case.
William Pacura v John Moreno, et al 02 CH 04995- Circuit Court of Cook County

B. Described all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately proceedings the commencement of this case.
Mechanic's Lien filed against 1720 S. Clinton St., Chicago, IL

5. Repossessions, foreclosures, and returns.
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately proceeding the commencement of this case.
None

6. Assignments and receivership

A. List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.
See Above

B. Describe all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
None

7.    Gifts.

List all gifts or charitable contributions made within ane year immediately proceeding ding
the commencement of this case except ordinary and usual gifts to family members
aggregating less that $200.00 in value per individual family member and charitable
contributions aggregating less than $100.00 per recipient.
NONE

8.    Losses.

List all losses from fire, other casualty or gambling within one year immediately preceding
the commencement of this case or since the commencement of this case.
NONE

9.    Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any person,
including attorneys, for consultation concerning debts consolidation, relief under the
bankruptcy law or preparation of a petition in bankruptcy within one year immediately
preceding the commencement of this case.
NONE

10.   Other transfers.
List all other property, other than property transferred in the ordinary courses of the
business or financial affairs of the debtor transferred either absolutely or as security within
one year immediately preceding  the commencement of this case.
NONE

11.   Closed financial accounts

List all accounts and instruments held in the name of the debtor or for the benefit of the
debtor which were closed, sold, or otherwise transferred within one year immediately
preceding the commencement of this case.
NONE

12.   Safe deposit boxes

List each safe deposit box or other box or depository in which the debtor has or had
securities, cash, or other value within one year immediately commencement of this case.
NONE

13.     Setoffs.

        List all setoffs made by any creditor, including a bank, against a debtor or deposit within
        90 days preceding the commencement of this case.
        NONE

14.     Property held for any person.
        List all property owed by another person that the debtor holds or control.
        NONE

15.     Prior address of debtor.

        If the debtor has moved within the two years immediately preceding the commencement of
        this case, list all premises which the debtor occupied during that period and vacated prior
        to the commencement of this case.
        NONE

16.     Nature, location, and name of business.

        A.      For individuals, list the names and addresses of all business in which the debtor
                was an officer, director, partner, or managing executive of a corporation,
                partnership, sole proprietorship, or was a self-employed professional within the
                two years immediately proceedings the commencement of this case, or in which
                the debtor owned 5 percent or more of the voting or equity securities the two
                years immediately preceding the commencement of this case
                NONE

        B.      If the debtor is a partnership, list the names and addresses of all business in which
                the debtor was a partner or owed 5 percent or more of the voting securities, within
                the two years immediately preceding the commencement of this case.
                NONE

        C.      If the debtor is a corporation, list the names and addresses of all business in which
                the debtor was a partner or owed 5 percent or more of the voting securities, within
                the two years immediately preceding the commencement of this case.
                NONE

17.     Books, records, and financial statements.

        A.      List all bookkeepers and accounts who within  the six year immediately preceding
                the filing of this bankruptcy case kept or supervised the keeping of books of

accounts and record of the debtor.

Debtor maintains his personal financial data

B.    List all firms or individuals who within the two years  immediately preceding the filing of this bankruptcy case have audited the books of account and records of the debtor

NONE

C.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.

NONE

D.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this casa by the debtor.

NONE

18.    Inventories.

A.    List the dates of the last two inventories take of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

NONE

B.    List the name and address of the person having possession of the records of the two inventories reported in and above.

NONE

19.    Current Partners, Officers, Directors, and Shareholders.

A.    If the debtor is a partnership, list the nature and percentage of partnership interest of each of the partnership.

NONE

B.    If the debtor is a corporation, list all offices and directors of the corporation, and each stockholder who directly or indirectly owns, control, or hold 5 percent or more of the voting securities of the corporation.

NONE

20.    Former partner, officers, directors, and shareholders.

A.      If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.
NONE

B.      If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.
NONE.

21.    Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses,, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.
NONE

(The penalties for making a false statement or concealing property is a fine of up to $5000,000 or imprisonment for the 5 years or both. - 18 U.S.C. Sec. 152 and 3571.)

### DECLARATION

I, JOHN MORENO, named as the debtor in this case, declare under penalty of perjury that I read the aforegoing Statement of Financial Affairs, consisting if 5 sheets, and the it is true and correct to the best of my information and belief.

_____      Date ____1/2/05____
JOHN MORENO

## <u>SCHEDULE A - REAL PROPERTY</u>

| Nature of Debtor interest in property | Amount of secured claim |
| --- | --- |

Lot & House

|  | | | |
| --- | --- | --- | --- |
| Owner | Debtor | Debtor Interest | Fee Simple |
| Location | 1720 S. Clinton Ave. Chicago, IL.  60616 | Total Debt on Property | $171,000.00 |

Nature of Debt:    First Mortgage- Wells Fargo Home Mortgage– $151,000.00

Mechanic's Lien- William Pacura- Debtor believes this lien is not valid- $20,000.00 Lien filed plus interest

Possession & Building Type- In Debtor's Possession - 110  Year Old Two Flat

Current Market Value - As per 09/2004 Appraisal          $185,000.00

Total          $185,000.00

## SCHEDULE B - PERSONAL PROPERTY

| Type of property | Current market value of debtor's interest in the |
|---|---|
| Description and location of property | Property without deducting any secured claim or exemption. |

1.    Cash on hand
      $100.00

2.    Checking, savings, or other financial accounts, certificates of deposits, or share in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.
      BANK ACCOUNTS: Checking Account

|  |  |
|---|---|
| Debtor's Interest: | $250.00 |
| Total Debt on property | 00.00 |

          Location: Cole Taylor Bank & Bank One, Chicago, IL

3.    Security deposits with public utilities, telephone companies, landlords, and other.
      $00.00

4.    Households goods and furnishing, including auto, video, and computer equipment.
      Living Room/Den Suite, Dining Room Suite, Bedroom Suite, Television

|  |  |
|---|---|
| Debtor's Interest: | 300.00 |
| Total Debt on property | 00.00 |

          Location:      In debtor's possession.

5.    Books, pictures, and other art objets, antiques, stamps, coin, record, tape, compact disc, and other collection or collectibles.
      NONE

6.    Wearing apparel
      Clothing

|  |  |
|---|---|
| Debtor's Interest: | 100.00 |
| Total Debt on property | 00.00 |

          Location:      In debtor's possession

7.    Furs and Jewelry
      NONE

8.    Firearms and sports, photographic, and hobby equipment

NONE

9.      Interest in Insurance policies
        NONE

10.     Annuities.
        NONE

11.     Interest in IRA, ERISA, KEOGH, or other pension or profit sharing plans.
        None

12.     Stock and interest in incorporated and unincorporated business.
        NONE

13.     Interest in partnerships or joint ventures.
        NONE

14.     Government and corporate bonds and other negotiable and non-negotiable instruments.
        NONE

15.     Accounts receivable.
        NONE

16.     Alimony, maintenance, support and property settlements to which the debtor is or may be
        entitled.
        NONE

17.     Other liquidated debts owing debtor including tax refunds.
        NONE

18.     Equipment or future interest, life estate, and rights or powers exercisable for the benefit of
        the debtor other than those listed in Schedule or Real Property
        NONE

19.     Contingent and non contingent interest in estate, death benefits plan, life insurance policy,
        or trust.
        NONE
        Other contingency and unliquidated claims or every nature, including tax refunds,
counterclaims of debtor, and rights to setoff claims.
        NONE

20. Patents, copyrights, and intellectual property.
NONE

21. Licenses, franchise, and other general intangible.
NONE

22. Automobiles, trucks, trailers, and other vehicles or accessories.
NONE 

23. Boats, motor, and accessories.
NONE

24. Aircraft and accessories
NONE

25. Offices equipment, furnishing and supplies.
NONE

26. Machinery, fixtures, equipment, and supplies used in business.
NONE

27. Inventory.
NONE

28. Animals
NONE

29. Crops - growing or harvested.
NONE

30. Farming equipment and implements.
NONE

31. Farming equipment and implements.
NONE

32. Other personal property of any kind not already listed.
NONE

TOTAL:     $650.00

## SCHEDULED C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

### 11 U.S.C. Sec.   525(b)(2)

Exemptions available under applicable non-bankruptcy federal laws, states or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition or for a longer portion of the 180 days period that in any other place, and the debtor's interest as a tenancy by the entirety or joint tenant to extent the interest is exempt from process under applicable non-bankruptcy law. Debtor is

| Description of Property | Value of claimed exemption | |
|---|---|---|
| Specify law providing each exemption | Current value of property deduction exemption | |
| Clothing | | |
| Debtor's Interest    100.00 | Value exempt | 100.00 |
| Law:                 Chap.  735 ILCS | | |
|                      5/12-1001(a) | | |
| Living Room/Den Suite, Dinning Room Suite, Bedroom Suite, Television, Security Deposit | | |
| Debtor's Interest 300.00 | Value exempt | 300.00 |
| Law:                 Chap.  735 ILCS | | |
|                      5/12-1001 (b) | | |
| Bank Account | | |
| Debtor's Interest 250.00 | Value exempt | 250.00 |
| Law:                 Chap.  735 ILCS | | |
|                      5/12-1001(b) | | |
| House & Lot | | |
| Debtor's Interest    $1,350.00 | Value exempt | 1,350.00 |
| Law:                 Chap.  735 ILCS | | |
|                      5/12-1001(b) | | |
| House & Lot | | |
|                      | Value exempt | 7,500.00 |
| Law:                 Chap.  735 ILCS | | |
|                      5/12-901 | | |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| Creditor's name and complete mailing address including zip code | Amount of claims without deducting value of collateral |
|---|---|
| Date claims was incurred, nature of lien, description and market value of property subject to the lien. | Unsecured portion, if any |

Account No. 2947385

Wells Fargo Home Mortgage
P.O. Box 173403
Denver, CO 80217

| | Amount of Claim: | 151,000.00 |

| | |
|---|---|
| Nature of Lien: | First Mortgage-151,000.00 |
| Claim is: | Fixed and Liquidated |
| Date Incurred: | 1999 |
| Collateral Description: | House & lot |
| Collateral Market Value: | 185,000.00 |

Account No. 02 CH 04995

Mechanic's Lien in favor of William Pacura, LB Construction
C/ O Robert J. Leoni,LTD.
Attorneys At Law
16061 S. 94th Ave.
Orland Hills, IL 60477

Amount of Claim:   20,000.00
Plus Interest

| | |
|---|---|
| Nature of Lien: | Mechanic's Lien |
| Claim is: | Debtor believes lien is defective and will seek to have it ordered removed |
| Date Incurred: | 08/03/2000 |
| Collateral Description: | House & lot |
| Collateral Market Value: | 185,000.00 |

TOTAL         $171,000.

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIM

**TYPE OF PRIORITY**: (Check the appropriate box(es) below if claims in the category are listed on the Scheduled E).

### Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.   11 U.S.C.S & 507(a)(2)

### Wages, Salaries, and Commissions

Wages, Salaries, and Commissions, including vacation, severance, and sick leave pay owing to employees upon the maximum of $200.00 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C.  Sec. & 507(a)(3).

### Contribution to Employee Benefit Plans.

Money owed to employee benefit plans for service rendered within 180 day immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first to extended in 11 U.S.C.  Sec.  507(a)(4)

### Certain Farmers or Fishermen

Claim of certain farmers or fishermen, upon to a maximum of $200.00 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec.   507(a)(5).

### Deposits by Individuals

Deposits by individuals up to a maximum of $900.00 for deposits for purchase, lease, or rental of property or service for personal, family, or household use, that were not delivered or provided.   11 U.S.C. 507(a)(6).

### Alimony, Maintenance, or Support

Claims of spouse, former spouse,, or child of the debtor for alimony, maintenance, or support to the extent provided in 11 U.S.C. & 507(A)(7).

### Taxes and Certain Other Debts Owed to Governmental Units

Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. Sec.  507(a)(8). Federal Income Tax debt is unsecured pursuant to statute.

### Commitments to Maintain the Capital of an Insured Depository Institution.

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec.  507(a)(9).

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIM

| Creditor's name and complete mailing address including zip code | Amount entitled to priority |
|---|---|
| Date claim was incurred and consideration of claim | Total Amount |

1.  Extensions of credit in an involuntary case
    NONE.
2.  Wages, Salaries, and Commissions
    NONE.
3.  Contribution to Employee Benefit Plans.
    NONE
4.  Certain Farmers or Fishermen
    NONE.
5.  Deposits by Individuals
    NONE.
6.  Alimony, Maintenance, or Support
    NONE.
7.  Taxes and Certain Other Debts Owed to Governmental Units
    NONE
8.  Commitments to Maintain the Capital of an Insured Depository Institution.
    NONE

TOTAL             00.00

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code. | Amount Claim |
|---|---|

Date claim was incurred and consideration
of claim.   If claim was subject to setoff, so state.

| | | |
|---|---|---|
| Account Number: | | |
| Wal Mart | Credit Card | 500.00 |
|  PO Box 530927 | Incurred Various Dates | |
| Atlanta, GA 30353 | | |
| | | |
| Account Number: 5410654285755713 | | |
| Citibank | Credit Card Purchases | 15,000.00 |
| P.O. Box 6404 | Incurred Various Dates | |
| The Lakes, NV 88901 | | |
| | | |
| Account Number: 4264290452416688,5329054128137890 | | 30,000.00 |
| MBNA | Credit Card Purchases | |
| P.O. Box 15137 | Incurred Various Dates | |
| Wilmington, DE 19886 | | |
| | | |
| Account No:100001419700770630,4444000128118771,4417112950907149,4366141029178631 | | |
| Bank One | Credit Card Purchases | 40,000.00 |
| P.O. Box 15153 | Incurred Various Dates | |
| Wilmington, DE 19886 | | |
| | | |
| Account Number: 351624456 | | |
| US Dept. Of Education | Student Loans | 12 ,000.00 |
| PO Box 530260 | Incurred Various Dates | |
| Atlanta, GA 30353 | | |
| | | |
| Account Number: None | | |
| Chicago Veterinary Emergency | Veterinary Bill | 500.00 |
| 3123 N. Clybourn Ave. | Date Unknown | |
| Chicago, IL 60618 | | |

Account Number: Unknown
Network Telephone Svcs.                    Telephone Service                       200.00
C/O Academy Collection Services
10965 Decatur Road                         Incurred Various Dates
Philadelphia, PA 19154

Account Number: None
Law Offices of Martin D. Tasch             Legal  Bill                          2,000.00
1200 Jorie Blvd.                           Various Dates
Oak Brook, IL 60523


                                      TOTAL        $100,200.00

## SCHEDULE G - EXECUTORY CONTRACT AND UNEXPIRED LEASE

| Name and mailing address, including zip code, of other parties to lease or contract | Description of contract or lease and nature of debtor's interest.   State whether lease is for Non-residential real property, State contract Number of any government contract. |
| --- | --- |

NONE

## SCHEDULE H - CO-DEBTORS

| Name and address of co-debtor | Name and address of creditor |
| --- | --- |

NONE

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR

DEBTOR'S MARITAL STATUS:   Single

DEPENDENT'S OF DEBTOR: Waldina Moreno- D/B 1924- 80 year old mother

LIVING WITH DEBTOR AND RECEIVING SUPPORT FOR

Waldina Moreno- 80 year old mother receives $550.00 per month in Social Security

DEPENDENTS NOT LIVING AT HOME:

None

PAYING SPOUSAL SUPPORT FOR:

None

| EMPLOYMENT: | DEBTOR |
|---|---|
| Name of Employer & Occupation | Apple One — Clerical Aide |
| How long : | Six Months |
| Address of the Employer | 221 N. LaSalle St., Chicago, IL 60601 |

| Income ( Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and | $1,713.89 | N/A |
| commissions (Pro rata if not Paid monthly) | | |
| Estimate monthly over time | | |
| SUBTOTAL | $1,713.89 | |
| LESS PAYROLL DEDUCTIONS | | |
| a.   Payroll taxes and social security | $77.71 | |
| b.   Insurance | | $0.00 |
| c.   Union Dues | | $0.00 |
| d.   Life Ins, Health Ins., Pension | | $0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $77.71 | $0.00 |
| TOTAL NET INCOME TAKE HOME PAY | $1,379.74 | $0.00 |
| | | |
| Regular Income from operation of business | | |
| or Profession or farm | | |
| (attached detail statement) | | |
| Income from Real Estate Rent | $1,500.00 | |
| Mother's Social Security | $550.00 | |
| Alimony, maintenance or support payments payable | | |
| to the debtor for the debtor's use or that dependents | | |
| listed above | | |

Pension or retirement income

Other monthly income

$0.00

TOTAL  MONTHLY INCOME                              $3,429.74

## SCHEDULE  J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

| | | |
|---|---|---:|
| Rent | | $1,700.00 |
| | Are Real Estate Tax Included? | Yes |
| | Is Property Insurance Included? | Yes |
| UTILITIES | | |
| | | |
| a. | Electricity and heating fuel | $140.00 |
| b. | Water and Sewer | $45.00 |
| c. | Telephone | $60.00 |
| d. | Other (Specify) Cell Phone (disabled mother needs to contact) | $60.00 |
| Home Maintenance Repair & Upkeep (110 Year Old House) | | $200.00 |
| Food | | $300.00 |
| Clothing | | $100.00 |
| Laundry and dry cleaning | | $50.00 |
| Medical and dental expenses | | $150.00 |
| Transportation- Public transportation and taxi fare for 80 yr. old mother | | $200.00 |
| Recreation, clubs and entertainment, newspaper, magazines, etc.) | | $0.00 |
| Education | | $0.00 |
| Insurance (not deducted from wages or included in home mortgage | | |
| Homeowners's  or renter's | | |
| Life | | $16.00 |
| Health | | $9.00 |
| Auto | | $0.00 |
| Other | | |
| Taxes (not included from wages or including in home mortgage payments) | | |
| (Specified) | | |
| Installment Payments | | |
| (in chapter 12 and 13 case, do not list payments to be included in the | | |
| Auto | | |
| Other-High Speed Internet for School & Grooming for Mom & Self | | $90.00 |
| Other- School - Being Paid by Student Loans | | $0.00 |
| Alimony, maintenance, and support paid to others | | |

Payments for support of additional dependents not living at your home

Regular expenses from operation of business, profession, or farm (attach statement)

Other Child Care

TOTAL MONTHLY EXPENSES                                        $3,120.00

TOTAL MONTHLY EXPENSES:

| | | | |
|---|---|---|---|
| A. | Total monthly income: | $3,429.74 |
| B. | Total monthly expenses: | $3,120.00 |
| C. | Excess income (A minus B) | $309.74 |
| D. | Total amount to be paid into Plan | $300.00 |

Payments period is: Monthly

(The penalties for making a false statement or concealing property is a fine of up to $5000,000 or imprisonment for the 5 years or both. - 18 U.S.C. Sec. 152 and 3571.)

## DECLARATION

I, JOHN MORENO, named as the debtor in this case, declare under penalty of perjury that I read the aforegoing individual Debtor's Statement of Intention, consisting if 17 sheets, and the it is true and correct to the best of my information and belief.

_____                    Date  1/2/05
JOHN MORENO

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

### SUMMARY OF SCHEDULES

Scheduled names

| X   (Mark if Attached) | No.  of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|
| A - Real Property | 1 | 00.00 | | |
| B - Personal Property | 3 | 650.00 | | |
| C - Property Claimed as Exempt | 1 | | | |
| D - Creditors Holding Secured Claims | 1 | | 171,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | 1 | | 00.00 | |
| F - Creditors Holding Unsecured Non-priority Claims | 1 | | 100,200.00 | |
| G - Executory Contracts and Unexpired Lease | 1 | | | |
| H - Codebtors | 1 | | | |
| I - Current Income of Individual Debtor | 1 | | 3,429.74 MONTHLY | |
| Summary Sheet | 1 | | | |
| Total No.  Sheets | 14 | | | |
| Total Assets | | 185,650.00 | | |
| Total Liabilities | | | 271,200.00 | |
| Total No.  of Creditors | | | 9 | |

**Law Offices of Warren H. Appel**
**Warren H. Appel**
**4147 N. Lincoln Ave. Ave.**
**Chicago, IL. 60618**
**(773) 348-8955**
**Attorney for petitioner**

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**In Re**                              **Case No.**
JOHN MORENO
**Debtor**
**Social Security No.:** XXX-XX-4456          Listing of Creditors
                                              Chapter 13

| Creditor name and mailing address | Category of Claim | Amount Claim |
|---|---|---|
| Wells Fargo Home Mortgage<br>P.O. Box 173403<br>Denver, CO 80217 | Secured | 151,000.00 |
| Mechanic's Lien in favor of William Pacura<br>& L.B. Construction<br>C/ O Robert J. Leoni,LTD.<br>Attorneys At Law<br>16061 S. 94th Ave.<br>Orland Hills, IL 60477 | Secured | 20,000.00 |
| Wal Mart<br>PO Box 530927<br>Atlanta, GA 30353 | Unsecured | 500.00 |
| Citibank<br>P.O. Box 6404<br>The Lakes, NV 88901 | Unsecured | 15,000.00 |
| Bank One<br>P.O. Box 15153<br>Wilmington, DE 19886 | Unsecured | 40,000.00 |
| US Dept. Of Education<br>PO Box 530260<br>Atlanta, GA 30353 | Unsecured | 12,000.00 |

| | | |
|---|---|---|
| Chicago Veterinary Emergency<br>3123 N. Clybourn Ave.<br>Chicago, IL 60618 | Unsecured | 500.00 |
| Network Telephone Svcs.<br>C/O Academy Collection Services<br>10965 Decatur Road<br>Philadelphia, PA 19154 | Unsecured | 200.00 |
| Law Offices of Martin D. Tasch<br>1200 Jorie Blvd.<br>Oak Brook, IL 60523 | Unsecured | 2,000.00 |

(The penalties for making a false statement or concealing property is a fine of up to $5000,000 or imprisonment for the 5 years or both. - 18 U.S.C. Sec. 152 and 3571.)

## DECLARATION

I, JOHN MORENO, named as the debtor in this case, declare under penalty of perjury that I read the aforegoing individual Debtor's Listing of Creditors, consisting if 2 sheets, and the it is true and correct to the best of my information and belief.

_____          Date  1/2/05
JOHN MORENO

**Law Offices of Warren H.  Appel**
**Warren H.  Appel**
**4147 N.  Lincoln Ave. Ave.**
**Chicago, IL.  60618**
**(773) 348-8955**
**Attorney for petitioner**

# UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**In Re**                                    **Case No.**
JOHN MORENO
**Debtor**
**Social Security No.**: XXX-XX-4456            Numbered Listing of Creditors
                                               Chapter 13

1.Wells Fargo Home Mortgage
P.O. Box 173403
Denver, CO 80217

2.Mechanic's Lien in favor of William Pacura
& L.B. Construction
C/ O Robert J. Leoni,LTD.
Attorneys At Law
16061 S. 94th Ave.
Orland Hills, IL 60477

3.Wal Mart
PO Box 530927
Atlanta, GA 30353

4.Citibank
P.O. Box 6404
The Lakes, NV 88901

5.Bank One
P.O. Box 15153
Wilmington, DE 19886

6.US Dept. Of Education
PO Box 530260
Atlanta, GA 30353

7.Chicago Veterinary Emergency
3123 N. Clybourn Ave.
Chicago, IL 60618

8.Network Telephone Svcs.
C/O Academy Collection Services
10965 Decatur Road
Philadelphia, PA 19154

9.Law Offices of Martin D. Tasch
1200 Jorie Blvd.
Oak Brook, IL 60523

(The penalties for making a false statement or concealing property is a fine of up to $5000,000 or imprisonment for the 5 years or both. - 18 U.S.C. Sec. 152 and 3571.)

## DECLARATION

I, JOHN MORENO, named as the debtor in this case, declare under penalty of perjury that I read the aforegoing individual Debtor's Statement of Intention, consisting if 2 sheets, and the it is true and correct to the best of my information and belief.

_____
JOHN MORENO

Date ___1/2/05___